

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-19-2008

# USA v. Wayne Gamble

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3270

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Wayne Gamble" (2008). *2008 Decisions.* Paper 213.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/213

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3270
_____


UNITED STATES OF AMERICA

v.

WAYNE T. GAMBLE,

Appellant


_____



On Appeal from the United States District Court
for the District of Delaware
(D.C. Criminal No.  1:06-cr-00057)
District Judge:  The Honorable Joseph J. Farnan


_____


Submitted Under Third Circuit LAR 34.1(a)
October 31, 2008

BEFORE: McKEE, NYGAARD, and SILER*, Circuit Judges.

---

*The Honorable Eugene E. Siler, Jr., Senior Circuit Judge for the United States
Court of Appeals for the Sixth Circuit, sitting by designation.

(Filed: November 19, 2008)

_____

OPINION OF THE COURT

_____

SILER, Circuit Judge.

Appellant, Wayne Gamble, appeals his conviction and sentence of 78 months, which was imposed by the district court following his trial and conviction for being a prohibited person in possession of a firearm in violation of 18 U.S.C. § § 922(g)(1) and 924(a)(2).  We will affirm.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gamble's appointed counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal.  Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.